UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

NIGEL JOHN,

                                        Plaintiff,                          **NOTICE OF**
                                                                            **APPEARANCE**
                    -against-
                                                                            No. 24-CV-08092 (NRM)(CHK)
MELISSA A VILES-RAMOS individually and as
Chancellor of the Department of Education
of the City of New York, KETLER LOUSSAINT
individually and as Superintendent of the Department
of Education, of the City of New York, ROBERT LOPEZ,
individually and as Principal of the Department of
 Education of the City of New York, LOTTRELL GRANGER,
individually and as Assistant Principal of the Department
 of Education of the City of New York, LATOYA STROUTE,
individually and on behalf the Department of Education of
the City of New York, and DELYS SMITH individually and
 on behalf the Department of Education of the City of New York,

                                        Defendants.

------------------------------------------------------------------------- x

      **PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the

Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, assigned to

represent Defendants Chancellor Melissa Aviles-Ramos, Lottrell Granger, Robert Lopez, Ketler

Loussaint, Delys Smith, and Latoya Stroute, in the above-captioned matter. Accordingly, I

respectfully request that any future correspondence, filings, ECF notifications or other information

relating to this matter be addressed to me at the address below.

Dated:     New York, New York
           September 17, 2025

**MURIEL GOODE-TRUFANT**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2nd Floor
New York, New York 10007
(212) 356-5031
jestacio@law.nyc.gov

By: *Jorge Estacio*
Jorge A. Estacio
Assistant Corporation Counsel

cc:     Stewart Lee Karlin (via ECF)
        slk@stewartkarlin.com
        Plaintiff's Attorney